1460

**99–269.  State v. Simon.**
Cuyahoga App. No. 74248.
RESNICK, COOK and LUNDBERG STRATTON, JJ., dissent.

**99–291.  Ohio Atty. Gen. v. John Doe 26.**
Franklin App. Nos. 98AP–534 and 98AP–623.  On discretionary appeal and on motion for admission *pro hac vice* of Edward B. Foley.  Appeal allowed and motion granted.
On motion to dismiss case against John Doe No. 54.  Motion denied.